IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:04CR3127 |
| v. | ) | |
| | ) | |
| MICHAEL THEODORE ROUX, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Pretrial Services shall have defendant screened for admission into an appropriate treatment regimen offered by NOVA Therapeutic Community, and shall advise the court and counsel of the results of such screening.

DATED this 13th day of June, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge