IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3127 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| MICHAEL THEODORE ROUX, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS ORDERED that the defendant's motion to continue sentencing (filing 48) is denied without prejudice to self-surrender.

   September 20, 2005.                     BY THE COURT:

                                           s/ *Richard G. Kopf*
                                           United States District Judge