IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 4:04CR3127 |
| Plaintiff, ) | |
| ) | PETITION FOR ACTION |
| vs. ) | ON CONDITIONS OF PRETRIAL |
| ) | RELEASE TO AMEND ORDER |
| Michael Theodore Roux, ) | SETTING CONDITIONS OF |
| ) | RELEASE |
| Defendant, ) | |

COMES NOW, Mindy S. Bare, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Michael Roux, who was placed under pretrial supervision by the Honorable David L. Piester, sitting in the court at Lincoln, on the 8th day of September, 2005, under the following conditions:

> 1(d)   *Upon being admitted to its treatment program, the defendant shall reside at NOVA. Defendant shall not leave the facility unless with the permission of an authorized staff member of the treatment facility AND accompanied either by a staff member, a supervising agency officer, or defendant's attorney. The defendant shall not have access to any motor vehicle while at the treatment facility.*

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Mr. Roux is scheduled to be successfully discharged from NOVA treatment center on December 9, 2005. His counselor recommends the defendant transition to the Wolf House halfway house program to participate in aftercare once he is discharged.

Pursuant to 18 U.S.C. 3142(c)(3), this officer respectfully requests that the conditions of release be amended as follows:

> 1(d)   *Upon being admitted to its treatment program, the defendant shall reside at The Wolf House halfway house in Lincoln, Nebraska. Defendant shall not leave the facility unless with the permission of an authorized staff member AND the supervising pretrial services officer. The defendant shall not have access to any motor vehicle while at the treatment facility without permission of the supervising pretrial services officer. Defendant shall seek and maintain employment as directed by the supervising officer and his counselor.*

PRAYING THAT THE COURT WILL ORDER the Order Setting Conditions of Release be amended as outlined in this petition.

DATED this 10th day of November, 2005.

*Mindy S. Bare*
Mindy S. Bare
U.S. Pretrial Services Officer
DISTRICT OF NEBRASKA AT LINCOLN

**ORDER OF COURT**

Considered and ordered this 10th day of November, 2005, and ordered filed and made a part of the records in the above case.

Richard G. Kopf
U. S. District Judge